IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

ARGONAUT INSURANCE COMPANY,            )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )
                                       )
H&G PAVING CONTRACTORS, INC.;          )
GLOVER & ASSOCIATES, INC.; CTG         )
PROPERTIES, LLC; GAI EQUIPMENT,        )   Case No. 6:24-cv-00244-RAW
LLC; CRAIG THOMAS GLOVER               )
REVOCABLE TRUST; CRAIG GLOVER;         )
ANGELA GLOVER; GREG                    )
HORNBUCKLE; AND REGAN                  )
HORNBUCKLE,                            )
                                       )
            Defendants.                )

**DEFENDANTS GREG HORNBUCKLE AND REGAN HORNBUCKLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION [Dkt. 60]**

**COME NOW** Defendants Greg Hornbuckle and Regan Hornbuckle ("Defendants") by and through their counsel of record and respectfully request an extension of time to respond to Plaintiff's Motion for Reconsideration (Dkt. 60) in this case.

1. The current deadline for Defendants to respond to Plaintiff's Motion for Reconsideration is June 2, 2026.

2. No previous request for extension has been filed.

3. Counsel for Plaintiff has been contacted by counsel for Defendants requesting the extension herein and counsel for Plaintiff does not object to the extension.

4. Defendants request an additional five (5) business days, until June 9, 2026, to determine if a response to Plaintiff's Motion for Reconsideration is necessary and to respond accordingly. Defendants request an extension due to an apparent misunderstanding and miscommunication involving former counsel of Defendants, Chris Harper, who had entered an

appearance for all Defendants, including these Defendants. However, when Mr. Harper later withdrew (5/21/25) from representing Defendants, he apparently failed to withdraw from representing these Defendants, Greg and Regan Hornbuckle. However, we understand that Mr. Harper believed that he had withdrawn from representing all Defendants. So, when Matt Crook, then with this firm, withdrew on 12/02/25, only Mr. Harper was listed as their counsel of record, but Greg and Regan Hornbuckle did not receive the Motion for Reconsideration from anyone nor the subsequent Order to respond. Such confusion or misunderstanding caused Defendants Greg Hornbuckle and Regan Hornbuckle to be unaware of the May 19, 2026, Order of the Court requiring a response to the Motion for Reconsideration on or before June 2, 2026. Upon learning of the situation, Defendants asked the undersigned counsel to represent Defendants in this matter on June 2, 2026.

5.      Defendants submit that there is good cause for the requested extension of time to respond to the Motion for Reconsideration.

6.      There is currently no scheduling order in this case, and no trial has been set, and the requested extension will not have any effect on other deadlines.

7.      A proposed Order will be submitted pursuant to the Local Rules.

**WHEREFORE,** Defendants respectfully request that the Court grant Defendants an extension until June 9, 2026, to file a responsive pleading.

Respectfully submitted,

/s/Michael S. Linscott
Michael S. Linscott, OBA No. 17266
DOERNER SAUNDERS DANIEL
  & ANDERSON, L.L.P.
Two West Second Street
Tulsa, OK 74103-3522
Tel: 918.591.5288 | Fax: 918.925.5288
mlinscott@dsda.com
*Attorney for Defendants, Greg Hornbuckle
and Regan Hornbuckle*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

/s/Michael S. Linscott
Michael S. Linscott

3