AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:24-cv-00244-RAW |
| H&G PAVING CONTRACTORS, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Greg Hornbuckle and Regan Hornbuckle                                             .

Date:    06/02/2026

s/Ty J. Gilmore
*Attorney's signature*

Ty J. Gilmore, OBA No. 34664
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103

*Address*

tgilmore@dsda.com
*E-mail address*

(918) 591-5271
*Telephone number*

(918) 925-5271
*FAX number*