CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
POST OFFICE BOX 607
MUSKOGEE, OKLAHOMA 74401

OFFICIAL BUSINESS

*Return to sender*
*Not at this address*
*since 2018*

OKLAHOMA CITY OK 230
TULSA OK 740
29 MAY 2026 PM

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 74401
05/26/2026
Stamps.com

CTG Properties, Inc.
2401 S. 6th Street West
Muskogee, Oklahoma 74401

RECEIVED

JUN - 9 2026

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

NIXIE        731    CE 1        0106/04/26
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74402060707        *0557-03018-04-26