CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
POST OFFICE BOX 607
MUSKOGEE, OKLAHOMA 74401

OFFICIAL BUSINESS

*Return to sender*
*Not at this address*
*since 2018*

OKLAHOMA CITY OK 730

20 MAY 2026AM 5L

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 74401
05/26/2026
Stamps.com

GAI Equipment, LLC
2401 S. 6th Street, West
Muskogee, Oklahoma 74401

RECEIVED

JUN – 9 2026

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

XIE    731    DE 1    0106/04/26

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

C: 74402060707    *0557-03019-04-26

