CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
POST OFFICE BOX 607
MUSKOGEE, OKLAHOMA 74401

OFFICIAL BUSINESS

Return to Sender
Not at this address
since 2018

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 74401
05/26/2026
Stamps.com



OKLAHOMA CITY OK 730

30 MAY 2026PM

Glover & Associates, Inc.
2401 S. 6th Street West
Muskogee, Oklahoma 74401

RECEIVED

JUN - 9 2026

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

XIE    731    DE 1    0106/04/26
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
C: 74402060707    *0557-03017-04-26

74401-826301