CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
POST OFFICE BOX 607
MUSKOGEE, OKLAHOMA 74401

OFFICIAL BUSINESS

*Return to sender Not at this address since 2018*

TULSA OK 740

27 MAY 2026AM

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 74401
05/26/2026
Stamps.com

Craig Thomas Revocable Trust
2401 S. 6th Street, West
Muskogee, Oklahoma 74401

RECEIVED

JUN 10 2026

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

ANK

NIXIE      731    FE 1        0006/08/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 7440206070         *0857-07674-27-19