## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:24-cv-00244-RAW |
| | § | |
| H&G PAVING CONTRACTORS, INC.; | § | |
| GLOVER & ASSOCIATES, INC.; CTG | § | |
| PROPERTIES, LLC; GAI EQUIPMENT, | § | |
| LLC; CRAIG THOMAS GLOVER | § | |
| REVOCABLE TRUST; CRAIG GLOVER; | § | |
| ANGELA GLOVER; GREG | § | |
| HORNBUCKLE; AND REGAN | § | |
| HORNBUCKLE, | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF ARGONAUT INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION

Plaintiff Argonaut Insurance Company ("Argonaut") files this Unopposed Motion (the "Motion") for Extension of Time to File its Reply in Support of its Motion for Reconsideration [Doc. 60] under Rule 6(b)(1) of the Federal Rules of Civil Procedure.

### CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for Greg Hornbuckle and Regan Hornbuckle, who does not oppose the relief requested herein. The remaining parties in this action have failed to comply with this Court's Order requiring a response to Argonaut's Motion for Reconsideration.

### MOTION FOR EXTENSION OF TIME

On November 20, 2025, Argonaut filed its Motion for Reconsideration [Doc. 60]. On May 19, 2026, this Court entered its Order to Show Cause directing the Indemnitors to appear via

counsel or *pro se* and respond to Argonauts Motion for Reconsideration. [Doc. 67]. On June 2, 2026, counsel appeared on behalf of Greg and Regan Hornbuckle. [Docs. 70, 72], and obtained an extension to file a response to the Motion for Reconsideration. [Docs. 71, 73]. On June 9, 2026, Greg and Regan Hornbuckle filed their response to the Motion for Reconsideration. [Doc. 77]. Argonaut's Reply in Support is currently due on June 16, 2026. Argonaut's counsel needs additional time to confer with Argonaut on its reply. Accordingly, Argonaut requests that its deadline to file its Reply in Support of its Motion for Reconsideration be extended to June 23, 2026. A proposed Order is provided herewith.

WHEREFORE, Plaintiff Argonaut Insurance Company respectfully requests that this Court grant Argonaut's Unopposed Motion for Extension of Time to File its Reply in Support of its Motion for Reconsideration and extend the time for Argonaut to file its Reply in Support of its Motion for Reconsideration to June 23, 2026, and for such other and further relief as the Court deems just and proper.

*/s/ Emory G. Allen*
CHRISTOPHER R. WARD
O.B.A. 32300
cward@clarkhill.com
EMORY G. ALLEN
O.B.A. 35986
eallen@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
T: (469) 287-3902
F: (469) 227-6556

**ATTORNEYS FOR ARGONAUT INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.

/s/ Emory G. Allen
Emory G. Allen