CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA
POST OFFICE BOX 607
MUSKOGEE, OKLAHOMA 74401

OFFICIAL BUSINESS

*Return to Sender Not At this Address*

TO: OK 740

11 JUN 2026 AM 3



$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 74401
06/08/2026
Stamps.com



RECEIVED

JUN 22 2026

Glover and Associates
2401 S. 6th Street West
Muskogee, OK 74401

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

NIXIE      731   DE 1           0006/18/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74402060707     *0857-06357-11-19

UTF

74402>0607
74401-826301